# UNITED STATES DISTRICT COURT

## District of Minnesota

Douglas Omar Sanchez Serpas,

Petitioner(s),

v.

Kristi Noem, Pamela Bondi, Todd M. Lyons, David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00340-KMM-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Amended Petition for a Writ of Habeas Corpus is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court ORDERS Respondents to immediately release Douglas S.S. Because the Court previously ordered Douglas S.S. to be returned to the District if he had been moved, the Court assumes that he will be released in Minnesota.
4. Finally, the Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner was removed from the District and has not been returned as previously ordered, Respondents should immediately notify the Court of when he will be returned and released.

Date: 1/21/2026

KATE M. FOGARTY, CLERK